Columbia denied. *Messrs. George P. Hoover, Martin W. Littleton, J. W. Zevely, Henry A. Wise,* and *Levi Cooke* for petitioners. *Messrs. Atlee Pomerene, Owen J. Roberts,* and *Peyton Gordon* for the United States.

---

No. 467. BALTIMORE & OHIO SOUTHWESTERN RAILROAD COMPANY *v.* SHERMAN D. HILL, ADMINISTRATOR OF THE ESTATE OF THOMAS J. HILL, DECEASED. December 13, 1926. Petition for a writ of certiorari to the Appellate Court of the State of Indiana denied. *Messrs. William A. Eggers, C. W. McMullen,* and *Morrison R. Waite* for petitioner. *Mr. Thomas M. Honon* for respondent.

---

No. 726. LEHIGH VALLEY RAILROAD COMPANY *v.* HARRIET A. BISSETT. December 13, 1926. Petition for a writ of certiorari to the Court of Errors and Appeals of the State of New Jersey denied. *Mr. George S. Hobart* for petitioner. *Mr. Isidor Kalisch* for respondent.

---

No. 731. UNITED STATES EX REL. VINCENZO COSMANO *v.* JAMES J. DAVIS, SECRETARY OF LABOR, AND W. J. COYNE, INSPECTOR IN CHARGE. December 13, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Taylor E. Brown* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondents.

---

No. 733. F. C. BOORMAN, DOING BUSINESS UNDER THE NAME AND STYLE OF THE TWENTIETH CENTURY COMPANY, AND LILLIAN MENCL *v.* EDWARDS AND DEUTSCH LITHOGRAPHING COMPANY. December 13, 1926. Peti-